IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **PEDRO CISNEROS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.: 1:17-cv-00113 |
| | ) | |
| **LAS ASADAS DMG LLC** | ) | Hon. Milton Shadur |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION OF DISMISSAL

Plaintiff and Defendant, by their attorneys, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, having resolved all outstanding issues in this litigation, hereby stipulate and agree that effective with filing of this Stipulation of Dismissal, this matter may be dismissed as to Defendant, without prejudice, each party to bear its own costs and fees. Plaintiff is granted leave to move to reinstate on or before January 3, 2018 in the event Defendant has not materially complied with the payment terms of the Settlement Agreement in this matter. The parties agree that reinstatement, if any, shall be for the sole purpose of collecting payments not timely made. If Plaintiff has not moved to reinstate by January 3, 2018, dismissal will be automatically convert to be with prejudice.

Dated:

| | |
|---|---|
| s/Carlos G. Becerra | s/Larry J. Lipka |
| Carlos G. Becerra | Larry J. Lipka |
| Becerra Law Group, LLC | Kozacky Weitzel McGrath, P.C. |
| 11 E. Adams St., Suite 1401 | 55 W. Monroe, Suite 2400 |
| Chicago, IL 60603 | Chicago, IL 60603 |
| Phone: (312)957-9005 | Phone: (312) 696-0900 |
| Email: cbecerra@law-rb.com | Email: LLipka@kwmlawyers.com |
| Attorney for Plaintiff | Attorney for Defendant |