**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

Pedro Cisneros

                    Plaintiff,

v.                                         Case No.: 1:17–cv–00113
                                                  Honorable Milton I. Shadur

Las Asadas DMG LLC

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 1, 2017:

      MINUTE entry before the Honorable Milton I. Shadur:This case is dismissed without prejudice, each party to bear its own costs and fees. Plaintiff is granted leave to move to reinstate on or before January 3, 2018 in the event Defendant has not materially complied with the payment terms of the Settlement Agreement in this matter. The parties agree that reinstatement, if any, shall be for the sole purpose of collecting payments not timely made. If Plaintiff has not moved to reinstate by January 3, 2018, this dismissal will automatically convert to a dismissal with prejudice on January 4, 2018 without further order of court. Status hearing set for 6/15/2017 is stricken.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.